## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**DONAVAN GRAVES**
**Plaintiff,**

**vs.**                                                      **No. Civ. 07-865 BB/LCS**

**CHAVES COUNTY, et al.,**
**Defendants**

### ORDER ADOPTING MAGISTRATE JUDGE'S
### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On June 24, 2008, United States Magistrate Judge Leslie C. Smith entered Magistrate

Judge's Proposed Findings and Recommended Disposition (Doc. 26), recommending that

Plaintiff's civil rights complaint (Doc. 1) be dismissed without prejudice.  The Court mailed

copies of the Recommended Disposition to four different addresses, including the address listed

by Plaintiff on his notice of change of address filed on July 9, 2008.  (*See* Docs. 27-30 and Staff

Note entered on July 23, 2008.)  Plaintiff has filed no objections.

**WHEREFORE,**

**IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and

Recommended Disposition filed June 24, 2008 (Doc. 26) are adopted by the Court.

A Judgment consistent with this Order shall be issued forthwith.

**IT IS SO ORDERED.**


_____
**UNITED STATES DISTRICT JUDGE**